## UNITED STATES DISTRICT COURT
## IN THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CRYSTAL EVANS,**

  **Plaintiff,**

-VS-

**AFNI INC.,**

  **Defendant.**

                                      **CASE NO.:**

_____/

## COMPLAINT

1.     Plaintiff alleges violation of the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2.     Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §§1331.

3.     The alleged violations described in the Complaint occurred in Polk County, Florida.

## FACTUAL ALLEGATIONS

4.     Plaintiff is a "debtor" or "alleged debtor" as defined by Chapter 559.55(2), Florida Statutes.

5.     Plaintiff is a "consumer" as defined in 15 U.S.C. §1692(a)(3).

6.     Defendant is a corporate entity responsible for attempting to collect a consumer debt from Plaintiff and is transacting business in the State of Florida.

7.     Defendant is a "debt collector" as defined in Florida Statue 559.55(6) and 15 U.S.C §1692(a)(6).

1

8.      Defendant consents of and has knowledge and control of the collection activities of their agents and representatives, including supervisors, managers, affiliates, subsidiaries, divisions, employees, servants, partners, agents, vendors, assignees, transferees, collectors and/or contractors for an alleged debt of an unknown amount and unknown account.

9.      Defendant called the Plaintiff approximately one thousand (1,000) times in an attempt to collect a debt. (Please see attached **Exhibit "A"** representing at least 75 calls from September through the filing of this complaint)

10.     Defendant, ERC, attempted to collect a debt from the Plaintiff by this campaign of telephone calls.

11.     Defendant intentionally harassed and abused the Plaintiff on numerous occasions by calling several times in one day, and on back to back days, with such frequency as can reasonably be expected to harass.

12.     On or about January 1, 2011, Plaintiff received a telephone call to her residential phone, number 863-665-8140, from seeking to recover a debt from an individual known as "Albert." The Defendant would left an automated or prerecorded voicemail instructing that they had an "urgent message for Albert"

13.     In or about January 2011, Plaintiff informed the Defendant that she was not "Albert," and did not know "Albert," and she did not owe them any money and requested she be taken off their call list.

14.     Despite actual knowledge of their wrongdoing, the Defendant continued the campaign of abuse.

15.     In or about January 2011 Defendant would place approximately 15 to 20 calls a day to Plaintiff's telephone, while  leaving approximately 5 to six voicemail messages per day.

16.     In or about 2011, the Defendant stopped calling Plaintiff's telephone looking for "Albert" and instead, began leaving messages for "Elmer."

17.     Plaintiff, again, informed the Defendant that she was not "Albert" or "Elmer" and did not know "Albert" or "Elmer" and she did not owe them any money and reminded them that she was on the Do Not Call List.

18.     Despite actual knowledge of their wrongdoing, the Defendant continued the campaign of abuse.

19.     Defendant continued placing approximately 15 to 20 calls a day to Plaintiff's telephone, while leaving approximately 5 to 6 voicemail messages per day.

20.     After several months, the Defendant stopped calling Plaintiff's telephone looking for "Elmer" and instead, began leaving messages for "Katherine."

21.     Plaintiff, again, informed the Defendant that she was not "Katherine" and did not know "Katherine" and she did not owe them any money and reminded them that she was on the Do Not Call List.

22.     Despite actual knowledge of their wrongdoing, the Defendant continued the campaign of abuse.

23.     Defendant left the following voicemails on Plaintiff'

April 4, 2013 at 1:41pm
        "Hi. This is Afni Incorporated.  Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 4, 2013 at 3:14pm
        "If this... Hi. This is Afni Incorporated.  Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 5, 2013 at 11:30am

"If this... Hi. This is Afni Incorporated.  Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 6, 2013 at 11:01am

"[inaudible] Hi. This is Afni Incorporated.  Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 8, 2013 at 10:40 am

"If this... Hi. This is Afni Incorporated.  Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 9, 2013 at 3:25pm

"If this... Hi. This is Afni Incorporated.  Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 11, 2013 at 7:29pm

"[inaudible] If this...   Hi. This is Afni Incorporated.   Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 12, 2013 at 1:50pm

"[inaudible] If this...   Hi. This is Afni Incorporated.   Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 13, 2013 at 9:14am

"If this... Hi. This is Afni Incorporated.  Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 13, 2013 at 9:42am

"[inaudible] If this...   Hi. This is Afni Incorporated.   Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 16, 2013 at 6:13pm

"If this... Hi. This is Afni Incorporated.  Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

April 17, 2013 at 2:57pm

"If this... Hi. This is Afni Incorporated.  Please call us at your earliest convenience at 855-351-2526. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.  Again, this is Afni Incorporated and our number is 855-351-2526. Thank You."

July 12, 2013 at 5:33pm

"Hello, this is Afni, with an important call for Arlene Griffith. If this Arlene Griffith, please press 1 now, to pause this message to allow time for this person to come to the phone, please press 2.  If this person does not live at this address, please press 4. [Music] To hear this message again press #, to end this call hang-up"

July 22, 2013 at 8:23pm

" [Music] Hello, Crystal??"

July 29, 2013 at 12:52pm

" [Music] Hi, may I talk to Crystal? Crystal Hilla? Hello?"

July 30, 2013 at 12:58pm

"Can I have Crystal? Crystal Hilla?"

July 30, 2013 at 6:12pm

" [Music] Hello? Hello???? Hello?"

August 2, 2013 at 6:03pm

" Crystal Hilla.."

August 3, 2013 at 11:20am

"..McNellis.  If this is…"

August 12, 2013 at 2:54pm

" Crystal Hilla.."

August 17, 2013 at 12:22pm

" Crystal Hilla.."

September 11, 2013 at 2:19 pm

" Crystal Hilla.. If this is…"

September , 2013 at 4: pm

" Crystal Hilla.. If this is…"

October 18, 2013 at 1:15pm
   " Crystal Hilla.. If this is Crystal…"

October 22, 2013 at 6:09pm
   "Nancy McNellis. If.."

October 24, 2013 at 4:11pm
   "[Music]. Hi, yah can I talk to Crystal please? Hello?"

October 26, 2013 at 7:28pm
   "[Music]. Hello?  Hello? Hello??"

October 31, 2013 at 6:53pm
   " Crystal Hilla.."

November 5, 2013 at 11:09am
   "…for Nancy McNellis.If this is Nancy McNellis, please press 1 now, to pause this
   message to allow time for this person to come to the phone, please press 2.  If this person
   does not live at this address, please press 4. [Music] To hear this message again press #,
   to end this call simply hang-up"

November 8, 2013 at 3:48pm
   "…for Nancy McNellis.If this is Nancy McNellis, please press 1 now, to pause this
   message to allow time for this person to come to the phone, please press 2.  If this person
   does not live at this address, please press 4. [Music] To hear this message again press #,
   to end this call simply hang-up"

November 12, 2013 at 1:02pm
   "…for Nancy McNellis.If this is Nancy McNellis, please press 1 now, to pause this
   message to allow time for this person to come to the phone, please press 2.  If this person
   does not live at this address, please press 4. [Music] To hear this message again press #,
   to end this call simply hang-up"

24.   Since 2011, the barrage of calls, hang-ups and voicemail messages to the Plaintiff have

continued. The content and frequency of the calls have remained constant, despite the Plaintiff's

countless pleas for the calls to stop, the only relief came in which name was left in the message;

from "Albert" to "Elmer", to "Katherine," "Arlene Griffith" and "Crystal Hilla."

25.   The continuing calls leave Plaintiff to believe that the Defendant is seeking payment from

her, and the only way for the calls to stop is to pay the debt.

26.     The Defendant placed at least one thousand (1,000) calls to the Plaintiff after being informed multiple times that the Plaintiff's number was listed on the Do Not Call List and she did not owe the Defendant any money.

27.     Plaintiff suffers from intense migraine headaches which were aggravated by the unending and incessant phone calls.

28.     Defendant's repeated attempts to collect this debt from Plaintiff, a person whom did not owe this debt, was an invasion of Plaintiff's privacy and her right to be left alone.

29.     Defendant has a corporate policy to continue calling individuals despite those individuals asking calls to stop.

30.     Defendant has a corporate policy to continue calling individuals despite those individuals telling the Defendant they do not owe the amount the Defendant was collecting.

31.     Plaintiff suffered actual damages as a result of these illegal collection communications by Defendant in the form of anger, anxiety, emotional distress, fear, frustration, humiliation, embarrassment, amongst other negative emotions, as well as suffering from unjustified and abusive invasions of personal privacy.

32.     Because of the stress, anxiety, and embarrassment from the continued calls and threats by the Defendant in an attempt to coerce the Plaintiff to pay a debt, Plaintiff has sustained mental pain and suffering, emotional distress, mental anguish, inconvenience, and loss of capacity for the enjoyment of life.

33.     Plaintiff's damages have continued and are continuing as of the filing of this complaint.

34.     All conditions precedent to the filing of this action has occurred.

## COUNT I
## Violation of the FCCPA

35.     Plaintiff incorporates paragraphs one (1) through thirty-four (34) above as though fully

stated herein.

36.    At all times relevant to this action Defendant is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

37.    Defendant has violated Florida Statute §559.72(7) by willfully communicating with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family.

38.    Defendant has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

39.    Defendant has violated Florida Statute §559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows that the debt is not legitimate.

40.    Defendant's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

    **WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### Violation of the FDCPA

41.    Plaintiff incorporates paragraphs one (1) through thirty-four (34) above as though fully stated herein.

42.    At all times relevant to this action Defendant is subject to and must abide by 15 U.S.C. §1692 et seq.

43.     Defendant has violated 15 U.S.C. §1692(d) by willfully engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

44.     Defendant has violated 15 U.S.C. §1692(d)(5) by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

45.     Defendant has violated 15 U.S.C. §1692(e)(2)(a) by attempting to collect on a debt from the plaintiff which he does not owe.

46.     Defendant has violated 15 U.S.C. §1692(f) by using unfair an unconscionable means to collect or attempt to collect any debt.

        **WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT III
### Invasion of Privacy

47.     Plaintiff incorporates paragraphs one (1) through thirty-four (34) above as though fully stated herein.

48.     Congress explicitly recognized a consumer's inherent right to privacy in collection matters in passing the FDCPA, when it stated as part of its findings:

> **Abusive debt collection practices contribute** to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to *invasions of individual privacy*.
> 15 U.S.C. § 1692(a) (emphasis added)

49.     Defendant and/or its agents intentionally and/or negligently interfered, physically or otherwise, with the solitude, seclusion and/or private concerns or affairs of the Plaintiff by

repeatedly and unlawfully attempting to collect a debt and thereby invaded the Plaintiff's privacy.

50.     Defendant and its agents intentionally and/or negligently caused emotional harm to the Plaintiff by engaging in offensive conduct in the course of collecting this debt, thereby invading and intruding upon the Plaintiff's right to privacy.

51.     Plaintiff had a reasonably expectation of privacy in Plaintiff's solitude, seclusion, private concerns or affairs.

52.     The conduct of the Defendant and its agents in engaging in the above-described illegal collection conduct against the plaintiff, resulted in multiple intrusions and invasions of privacy by the Defendant which occurred in a way that would be highly offensive to a reasonable person in that position.

53.     As a result of such intrusions and invasions of privacy, the Plaintiff is entitled to actual damages in an amount to be determined at trial from the Defendant.

        **WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues to triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees and any other such relief the Court may deem just and proper.


                        Respectfully submitted,


                                    */s/ Amanda J. Allen*
                                    **Amanda J. Allen, Esquire**
                                    Florida Bar #:  0098228
                                    Morgan & Morgan, Tampa,  P.A.
                                    201 North Franklin Street
                                    Tampa, FL 33602
                                    Tele:  (813) 223-5505
                                    Fax:  (813) 223-5402
                                    aallen@forthepeople.com
                                    *Attorney for Plaintiff*